UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILINE DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 13 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § § | 1:13-CR-055-P |
| JERRY DAVID ALLEN, JR. (1) | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE
### CONCERNING MENTAL COMPETENCY

The United States Magistrate Judge made findings, conclusions and recommendation in the case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 13th day of August, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE